UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

GLOBAL MARITIME INVESTMENTS,

Plaintiff,

- against -

COMPANHIA SIDERURGICA
NACIONAL,

Defendant.

-------------------------------------------------- X

**ORDER**

**08 Civ. 11199 (SAS)**

SHIRA A. SCHEINDLIN, U.S.D.J.:

Plaintiff requests that the Court direct the Clerk of the Court to issue a

supplemental process of maritime attachment and garnishment naming Citigroup

Global Markets Inc. and Morgan Stanley Smith Barney LLC as garnishees.  Any

interest plaintiff may have in the funds by virtue of Companhia Siderurgica

Nacional's ("CSN") interest will be adjudicated in *Rezende v. Citigroup Global

Markets*, 09 Civ. 9392 – an unrelated case in which CSN has been named a

counterdefendant to a counterclaim for interpleader.

In the interest of judicial economy and to avoid inconsistent results

arising out of common claims, plaintiff's application is HEREBY DENIED.

1

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            February 3, 2010

## - Appearances -

**For Plaintiff:**

Edward William Floyd, Esq.
Michael O'Shea Hardison, Esq.
Eaton & Van Winkle LLP
Three Park Avenue, 16th Floor
New York, New York 10016
(212) 779-9910

**For Defendant:**

John P. Vayda, Esq.
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
(212) 952-6200

**For Citigroup Global Markets Inc. & Morgan Stanley Smith Barney LLC:**

H. Richard Penn, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200

3